# CRIMINAL DOCKET · U.S. District Court

**AO 256 (Rev. 2/86)**

- PO ☐
- Misd ☐
- Felony ☒ District ☐ Off ☐

417-4 / 1705 Disp./Sentence
Judge/Magistr.

☐ WRIT ☐ JUVENILE ☐ ALIAS
OFFENSE ON INDEX CARD

U.S. VS. DOE, John a/k/a "Mark"

Case Filed: 04/29/87
No. of Def's: 20
Docket No.: 00013
Def.: 18

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:952(a)&960 & 18:2 | importation of schedule I non-narcotic controlled substance & aiding & abetting (Ct. 3) marijuana | 1 | X |
| 21:841(a)(1) & 18:2 | possession w/intent to distribute schedule I non-narcotic controlled substance & aiding & abetting (Ct. 4)-marijuana | 1 | X |
| 18:1952(a) & 2 | interstate travel in aid of racketeering & aiding & abetting (ct. 20) | 1 | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE 4/29/87 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

**KEY DATE** —
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg. ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE 9/23/92 APPLICABLE
☒ Dismissal
☐ Pled guilty / Nolo — After N.G. / After nolo
☐ Trial (voir dire) began ☐ Jury ☐ N.J

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov motion

## III. MAGISTRATE

Search Warrant: Issued / Return — DATE — INITIAL/NO
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number
INITIAL/NO

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
02-Miles, 03-Miles, -04-Hurley, 05-Horn, 06-Gillikin, 07-Commarford, 08-Barber, 09-Holland, 10-McEwee, 11-Pawlak, 12-Doe, 13-Gollden, 14-Hall, 15-Wagner, 16-~~BAIL RELEASE~~ 17-Hughey; 19-Doe; 20-Doe

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

U.S. Attorney or Asst.
ATTORNEYS

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☐ PD. 7 ☐ CD

**PRE-INDICTMENT**
Release Date
Bail ☐ Denied — ☐ Fugitive ☐ Pers. Rec ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

**POST-INDICTMENT**
Release Date
Bail ☐ Denied — ☐ Fugitive ☐ Pers. Rec ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |

| DATE DOCUMENT NO | Yr | Docket No | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE __ OF __ | VI EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | 87 | 00013 | 18 | | | | | |

V. PROCEEDINGS

DOE, JOHN
a/k/a "Mark"

| 4/29/87 | 1 | INDICTMENT     1c: Judge Duree, Mag. Dixon, USA. USPO, USM, New Bern Office |
| | 2 | REQUEST FOR ISSUANCE OF WARRANT - detention requested |
| | 3 | ISSUED WARRANT - detention requested - orig. & 1 cy. USM w/cy of Indictment    1c: USA |
| 9/23/92 | 4 | **ORDER FOR DISMISSAL** - the USA dismisses the indictment Reason: Minimal federal interest   CR OB# 14 p 109    cc: USA, USPO, USM, N B Div. Office, USMJ Dixon fs |
LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed. proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20 21 or 40 or Mag Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc proceedings arraignment, parole, probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution [per 28 USC 2902] [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def awaiting trial of co defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment & arrest can t be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)